UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JEAN RICHARD SEVERIN,

                              Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

19-CV-00775 (MKV) (RWL)

      **PLEASE TAKE NOTICE** that upon the declaration of Lillian P. Wesley, dated April 30, 2020, and the exhibits annexed thereto, the accompanying memorandum of law in support of their motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), dated April 30, 2020, and upon all other pleadings and proceedings heretofore had herein, Defendants will move in this Court before the Honorable Mary Kay Vyskocil, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an order dismissing the Complaint in its entirety and granting Defendants such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the schedule set by the

Court, opposition papers, if any, are to be filed by May 15, 2020, and reply papers are to be filed by May 25, 2020.

Dated: April 30, 2020
New York, New York

| ABRAMS, GORELICK, FRIEDMAN & JACOBSON, LLP | JAMES E. JOHNSON |
|---|---|
| *Attorney for Defendant Jordan Barnett* | Corporation Counsel of the City of New York |
| One Battery Park Plaza- 4th Floor | *Attorney for Defendants New York City Department of Education, Steven Dorcely, and Michael Prayor* |
| New York, NY 10004 | 100 Church Street |
| (212) 422-1200 | New York, New York 10007 |
| | (212) 356-2079 |

By:    s/
    JAMES E. KIMMEL, ESQ.

By:    s/
    LILLIAN P. WESLEY
    Assistant Corporation Counsel

TO: GLASS & HOGROGIAN, LLP (via ECF)
*Attorneys for Plaintiff*
85 Broad Street, 18th Floor
New York, New York 10004
(212) 537-6859