```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEAN RICHARD SEVERIN,                           :    19-CV-775 (MKV) (RWL)
                                                :
                Plaintiff,                      :    ORDER
                                                :
        - against -                             :
                                                :
NEW YORK CITY DEPARTMENT OF                     :
EDUCATION, et al.,                              :
                                                :
                Defendants.                     :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Following the Court's decision on Defendants' motion for judgment on the pleadings, claims in this case remain to be litigated. Accordingly, (1) the stay shall be lifted, (2) the parties shall meet and confer about a schedule going forward, and (3) by **April 13, 2021**, file a joint letter (a) proposing a schedule, (b) indicating the parties' interest in having a settlement conference, and (c) raising any other issues requiring the Court's attention.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2021
       New York, New York

Copies transmitted this date to all counsel of record.