AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JEAN RICHARD SEVERIN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-00775 |
| NEW YORK CITY DEPARTMENT OF EDUCATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JORDAN BARNETT

Date:   05/10/2022

*Attorney's signature*

RAKSHITA KOIRALA 5043088
*Printed name and bar number*

ABRAMS GORELICK FRIEDMAN & JACOBSON
ONE BATTERY PARK PLAZA
4TH FLOOR
NEW YORK, NY 10004
*Address*

RKOIRALA@AGFJLAW.COM
*E-mail address*

(212) 422-1200
*Telephone number*

(212) 968-7573
*FAX number*