UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2022

JEAN RICHARD SEVERIN,

    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, STEVEN DORCELY, former Principal of Urban Action Academy High School, JORDAN BARNETT, former Assistant Principal of Urban Action Academy High School, and MICHAEL PRAYOR, former Superintendent over Urban Action Academy High School,

    Defendants.

1:19-cv-00775-MKV-RWL

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that any motion for summary judgment is due August 1, 2022.

Any opposition is due August 15, 2022, and any reply is due August 22, 2022.

**SO ORDERED.**

**Date:  July 13, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**