00020



**Department of Education**
Carmen Fariña, Chancellor

Howard Friedman
General Counsel



February 6, 2017

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED & REGULAR MAIL**

Ms. Jean Severin

Dear Ms. Severin:

    I have been advised by Steve Dorcely, Principal of Urban Action Academy, located in Brooklyn, within District 18, that probable cause has been found on the charges preferred against you. In addition, I have received a recommendation that you be suspended.

    I have determined that the nature of the charges against you requires your immediate removal from your assigned duties. Therefore, in accordance with Education Law, Section 3020-a, I hereby suspend you with pay effective close of business February 10, 2017, pending the hearing and determination of the charges preferred against you.

    You are to continue to report to your current assignment unless you receive notification of a new assignment from the Director of Employee Relations or the Office of Legal Services Deputy General Counsel.

Karen Antione
Acting Deputy Counsel to the Chancellor
(as designee for
Carmen Fariña, Chancellor)

KA: dw
Cc: Theresity Smith     Kathy Rodi
    Francine Perkins-Colon     Carmen Galarza
    JoAnn Rabot     Angela Masino
    OPI Problem Code     Jean Mingot
    OPI Reassignment Staff     Angela Santoro
    Robin Merrill     Michael Prayor
    Jennifer Vargas     Manal Habib

Certified Return Receipt # 70153010000171876090

File #

Office of Legal Services • 100 Gold Street • Room 3401 • New York, NY 10038
Telephone: 212-374-7600     Fax: 212-374-1074