**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JEAN RICHARD SEVERIN,

                Plaintiff,

-against-                                     19 **CIVIL** 775 (MKV)

                                             **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,
STEVEN DORCELY, former Principal of Urban Action
Academy High School, JORDAN BARNETT, former
Assistant Principal of Urban Action Academy High
School, and MICHAEL PRAYOR, former
Superintendent over Urban Action Academy
High School,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2023, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2023

                                                    **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                      **BY:**    *K. Mango*

                                                     **Deputy Clerk**